# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

## 1D2022-1284
_____

JOHN DOE,

     Appellant,

     v.

RICHARD L. SWEARINGEN, in his
official capacity as
Commissioner of Florida
Department of Law
Enforcement,

     Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

November 9, 2023

PER CURIAM.

     AFFIRMED.

ROBERTS, RAY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Todd G. Scher, Law Office of Todd G. Scher, P.L., Hollywood, and Valerie Jonas, Weitzner & Jonas, P.A., Miami, for Appellant.

Ashley Moody, Attorney General, and William H. Stafford III, Special Counsel, Office of the Attorney General, Tallahassee, for Appellee.